■ In the Matter of EARL A. RAWLINS.—Motion for reinstatement granted only to the extent of referring the matter to the Departmental Disciplinary Committee for the First Judicial Department, and petitioner's application is held in abeyance pending receipt of respondent's report, and the

further order of this court. Concur—Murphy, P. J., Kupferman, Sandler, Sullivan and Ross, JJ.